HAYNES, APPELLANT, v. HUMPHREYS, WARDEN, APPELLEE.

[Cite as *Haynes v. Humphreys* (1992), 64 Ohio St.3d 206.]

(No. 91–1447—Submitted April 7, 1992—Decided July 22, 1992.)

*Donnell Haynes, pro se.*

*Lee I. Fisher,* Attorney General, and *Donald Gary Keyser,* for appellee.

---

*Per Curiam.* In *In re Petition of Brown* (1990), 49 Ohio St.3d 222, 551 N.E.2d 954, and *Manning v. Alexander* (1990), 50 Ohio St.3d 127, 553 N.E.2d 264, we held that appeal, not habeas corpus, was the proper remedy to claim ineffective assistance of appellate counsel. In *State v. Murnahan* (1992), 63 Ohio St.3d 60, 584 N.E.2d 1204, we held at paragraph two of the syllabus:

"Claims of ineffective assistance of appellate counsel may be raised in an application for reconsideration in the court of appeals or in a direct appeal to the Supreme Court pursuant to Section 2(B)(2)(a)(iii), Article IV of the Ohio Constitution. * * * "

Therefore, we affirm the judgment of the court of appeals based on *Brown, Manning,* and *Murnahan, supra.*

*Judgment affirmed.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.